IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH A. ANSELMO and DELZORAH B. ANSELMO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 17-43-BAJ-RLB |

**UNITED STATES' BRIEF CONCERNING DISQUALIFICATION OF PLAINTIFFS' COUNSEL**

In response to this Court's Order to Show Cause issued at ECF No. 23, the United States, by and through undersigned counsel, respectfully files this Simultaneous Brief concerning whether Robert C. Barrett should be disqualified as counsel of record for the Plaintiffs in this tax refund action. Subject to evidence of hardship that Mr. Barrett's disqualification would cause Plaintiffs, it appears he should be disqualified.

Louisiana Rule of Professional Conduct 3.7(a) states that:

a lawyer shall not act as an advocate at a trial in which the lawyer is likely to be a necessary witness unless:

(1) The testimony relates to an uncontested issue;

(2) The testimony relates to the nature of legal services rendered in the case; or

(3) Disqualification of the lawyer would work substantial hardship on the client.

Here, Mr. Barrett is serving both as an advocate and as a necessary witness by attaching his own affidavit to his Response to the United States' Motion to Dismiss. ECF No. 18 and 8. Thus, he should be disqualified unless one of the exceptions applies. The first two clearly do not

apply.  In the affidavit he is providing testimony regarding a **contested** issue in the case, namely whether or not the Anselmos signed their 2007 tax return before it was filed.  His affidavit does not relate the nature of legal services rendered in the case.  The United States does not know, however, whether his disqualification would work substantial hardship on the Anselmos.

## CONCLUSION

The United States believes that Mr. Barrett may be acting in violation of Louisiana Rule of Professional Conduct 3.7(a) by filing his own affidavit which provides testimony relating to a contested issue in the case.

Dated: October 05, 2017

>DAVID A. HUBBERT
>Acting Assistant Attorney General
>
>
>*/s/ Rebecca E. Layne*
>REBECCA E. LAYNE
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 14198
>Washington, D.C.  20044
>202-514-5879 (v)
>202-514-4963 (f)
>Rebecca.Layne@usdoj.gov
>
>-and-
>
>COREY R. AMUNDSON
>ACTING UNITED STATES ATTORNEY
>
>/s/ John J. Gaupp
>John J. Gaupp, LBN 14976
>Assistant United States Attorney
>777 Florida Street, Suite 208
>Baton Rouge, Louisiana  70801
>Telephone: (225) 389-0443
>Fax: (225) 389-0685
>E-mail: john.gaupp@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 5th, 2017, the foregoing BRIEF CONCERNING DISQUALIFICATION OF PLAINTIFFS' COUNSEL was served upon the following via the Court's CM/ECF system:

Robert C. Barrett, Jr.
5329 Dijon Drive, Suite 106
Baton Rouge, LA 70808

                                    /s/ Rebecca E. Layne
                                    REBECCA E. LAYNE
                                    Trial Attorney
                                    Civil Trial Section, Southern Region